**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**SHAUNA MCNUTT**                                                        **PLAINTIFF**

**v.**                          **CASE NO. 4:13CV00601 BSM**

**DEPARTMENT OF VETERANS
AFFAIRS MEDICAL CENTER**                                **DEFENDANT**

<u>**JUDGMENT**</u>

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 10th day of March 2014.


_____
UNITED STATES DISTRICT JUDGE