IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHAUNA MCNUTT                                                                                  PLAINTIFF

v.                              CASE NO. 4:13CV00601 BSM

DEPARTMENT OF VETERANS
AFFAIRS MEDICAL CENTER                                                                DEFENDANT

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 10th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE